UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

WILLIAM E. KALT                                    Bankruptcy Case No. 11-03762

    Debtor,                                          Adversary Proceeding No. 11-80311
_____/

WILLIAM E. KALT,

    Plaintiff,                                        Case No. 1:11-cv-856

v.                                                          Hon. Janet T. Neff

RONALD MARTIN et al.,

    Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed August 11, 2011 by the United States Bankruptcy Judge in this action regarding the District Court removing the reference of both the Martin Claim Objection and the Martin Adversary Proceeding from the Bankruptcy Court. No objections to the Report and Recommendation have been filed. Therefore,

**IT IS ORDERED** that the Report and Recommendation of the Bankruptcy Judge (Dkt 1) is APPROVED and ADOPTED as the opinion of the court.

**IT IS FURTHER ORDERED** that the District Court hereby removes the reference of both the Martin Claim Objection and the Martin Adversary Proceeding from the Bankruptcy Court for the reasons stated in the Report and Recommendation.

Dated:  December 29, 2011                      /s/Janet T. Neff
                                                                                JANET T. NEFF
                                                                                UNITED STATES DISTRICT JUDGE